ROOD *v.* ROOD.

DIVORCE—INCREASE OF ALIMONY TO TUBERCULAR WIFE.

> Award increasing $75 monthly alimony payment to $100 to wife who is tubercular and advised to reside in the southwest is affirmed where wife had been tubercular before decree of divorce and condition has recurred, notwithstanding husband's remarriage.

Appeal from Washtenaw; Sample (George W.), J. Submitted April 29, 1937. (Docket No. 164, Calendar No. 39,354.) Decided May 21, 1937.

Divorce proceedings by Genevieve Coons (Rood) against James Richard Rood. Petition by plaintiff for increase in alimony. Cross-petition by defendant for reduction in alimony. Decree for plaintiff. Defendant appeals. Affirmed.

*Burke & Burke,* for plaintiff.

*James R. Rood, in pro per.*

POTTER, J. September 26, 1934, plaintiff was granted a decree of divorce against defendant upon the ground of extreme cruelty and nonsupport. After this decree was rendered, defendant remarried. At the time the decree was awarded, plaintiff had been afflicted with tuberculosis. This condition has recurred and plaintiff has been treated in Trudeau sanatorium and has been advised she ought to go to Tucson, Arizona. She made application for an increase in alimony. Defendant filed a cross-petition asking for reduction in alimony. The trial

court increased the award of alimony from $75 a month to $100 a month.

We see no reason for changing the award, which is hereby affirmed, with costs.

Fead, C. J., and North, Wiest, Butzel, Bushnell, Sharpe, and Chandler, JJ., concurred.